E. C. Kadow & Co. v. Dobbins, 209 Ill. App. 269.

discretion with which the law empowers him, erred in refusing to vacate the judgment.

Finding no error in the record the judgment is affirmed.

*Affirmed.*

---

**E. C. Kadow & Company, Appellant, v. C. E. Dobbins, Appellee.**

**Gen. No. 23,252.   (Not to be reported in full.)**

Appeal from the Municipal Court of Chicago; the Hon. JOHN STELK, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed December 28, 1917.

### Statement of the Case.

Action by E. C. Kadow and Company, a corporation, plaintiff, against C. E. Dobbins, defendant, in replevin for a "one 3-spring pedler-top wagon." From a judgment for defendant, with writ of *retorno habendo*, plaintiff appeals.

ISRAEL COWEN, for appellant.

THEODORE A. SPENCE, for appellee.

MR. PRESIDING JUSTICE TAYLOR delivered the opinion of the court.

### Abstract of the Decision.

REPLEVIN, § 164*—*when finding not against manifest weight of evidence.* In an action of replevin, a finding that the materials which went into the construction of the wagon in question were not the materials covered by plaintiff's chattel mortgage under which he claimed right of possession of the wagon, *held* not manifestly against the weight of the evidence.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.